AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUL 12 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Philip Daniel Mills<br><br>Defendant(s) | )<br>)<br>) Case No. EP-18-mj-5256-LS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 10, 2018__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 844(e) - Communicating Threat to Use Explosives | Through the use of an instrument of interstate or foreign commerce, willfully makes any threat, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual, or unlawfully to damage or destroy any building by means of fire or an explosive |
| Title 18, U.S.C. Section 248 - Freedom of Access to Clinic Entrances | Uses force, threat of force, or phyical obstruction to intentionally injure or intimidate a person because he/she is or has been obtaining or providing reproductive services; or intentionally damages property of such facility |

This criminal complaint is based on these facts:

See attached Probable Cause Statement hereby incorporated by reference as if fully restated herein:

☑ Continued on the attached sheet.

_____
Complainant's signature

Edward Dominguez, FBI Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __07/12/2018__

_____
Judge's signature

City and state: __El Paso, Texas__    United States Magistrate Judge
_____
Printed name and title

Oath Telephonically Sworn
At __12__:__32__ PM
Fed.R.Crim.P. 4.1(b)(2)(A)

## PROBABLE CAUSE STATEMENT

1. I, Edward Dominguez, am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice and conduct investigations of violations of Federal Criminal Law, including threats made via instruments of interstate and foreign commerce.

2. The information contained herein is based on my personal knowledge and observations made during the course of this investigation, information conveyed by other law enforcement personnel from, interviews and investigative activity, and the review of records and documents obtained during this investigation.

3. On July 10, 2018, a reporting party (RP) reported to the FBI El Paso Division that **PHILLIP DANIEL MILLS** (hereinafter "MILLS") was threatening abortion doctors on Facebook. The RP provided FBI Special Agents with Facebook profile information for Facebook user "Philip Mills." A search of the Facebook profile for "Philip Mills" revealed an open and visible Facebook account for "Philip Mills." A review of the publicly visible posts made from this account revealed several threatening posts as well as the approximate times that the posts were authored. The following Facebook posts were posted on July 10, 2018, at approximately 6:30 PM, mountain standard time.

> "I took a baseball bat to an abortion clinic. Can you do better that that? Bomb, guns. You can not go wrong. An abortion doctor killed is at least on BABY saved. Do something".

> "KILL THEM BEFORE THEY KILL ANOTHER KID"

> "before GOD you cannot go wrong. Just start killing abortion clinic workers and doctors"

> "THE babies are crying out. GO HELP THEM"

> "they are killers. Just kill them. you are a hero"

> "JUST DO IT. Who is going to jump on the side of KILLING KIDS"

"The ONE WHO SHEDS BLOOD. HIS BLOOD SHALL BE SHED."

"I may end up in jail because of these comments… so if you think I am making light of Gods word…you are sadly mistaken"

"I don't care IF I die. Help fit it"

"IT HURTS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!"

"SAVE LIVES. JUST SAVE LIVES. I've done all I can do."

The following post was made from the Facebook profile "Phillip Mills" on July 10, 2018, at approximately 6:48 p.m.:

"Roe vs Wde. Who Fucking cares? If you are a son of God…JUST DO IT"

4. FBI Special Agents and assisting personnel began conducting database queries utilizing the name "Philip Mills" and identified **MILLS** as an El Paso, Texas resident. A photograph of **MILLS**, obtained via the queries, matched the photograph of the individual utilizing the Facebook profile of "Philip Mills," along with several other photographs contained within this Facebook profile. In addition, these queries revealed a possible address for **MILLS** in El Paso, Texas, which matched an address posted from the "Phillip Mills" Facebook profile.

5. On July 11, 2018, following the receipt of the aforementioned information, FBI Special Agents made contact with three clinics in El Paso, Texas, that provide reproductive health services. Employees of one of these clinics reported that the clinic had been vandalized on or about July 2, 2018. Employees showed FBI Special Agents photographs of the damage that included damage to a glass pane on the clinic's front door. This damage appeared to have been caused by a blunt object.

6. On July 11, 2018, an employee of Coronado High School in El Paso, Texas reported that **MILLS** was on school property making threatening remarks.

7. On July 11, 2018, at approximately 6:45 p.m., FBI Special Agents located **MILLS**, in El Paso, Texas, and while placing **MILLS** into custody, without being questioned, **MILLS** uttered, "I bet this is about the posts I made on the internet."

8. Special Agents are aware that the internet is an instrument of interstate and foreign commerce.

9. Based on the facts set forth in this affidavit, there is probable cause to believe that **PHILIP DANIEL MILLS** has committed violations of Title 18, United States Code (U.S.C.), Section 844 (e) - Communicating Threat to Use Explosives and Title 18, U.S.C. Section 248 – impeding freedom of access to clinic entrances.