IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 AUG -8 PM 4: 44
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PHILIP DANIEL MILLS, § <br> § <br> Defendant. § <br> § <br> § | CRIMINAL NO. ~~EP-18-CR-~~ <br> (18-MJ-05256-LS) <br> <br> **MISDEMEANOR INFORMATION** <br> <br> CT 1: 18 U.S.C. §§ 248(a)(3) & (b)(1) – <br> Intentionally Damaging a Facility <br> providing Reproductive Health Services <br> <br> CT 2: 18 U.S.C. §§ 115(a)(1)(B) & <br> (b)(1)(B)(i) – Assault on a Federal Law <br> Enforcement Officer |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(18 U.S.C. §§ 248(a)(3) & (b)(1))**

That between on or about June 29, 2018, and July 2, 2018, in the Western District of Texas, the Defendant,

**PHILIP DANIEL MILLS,**

did intentionally damage and destroy the property of a facility because that facility provides reproductive health services, in violation of Title 18, United States Code, Section 248(a)(3) and (b)(1).

**COUNT TWO**
**(18 U.S.C. §§ 115(a)(1)(B) & (b)(1)(B)(i))**

That on or about July 12, 2018, in the Western District of Texas, the Defendant,

**PHILIP DANIEL MILLS,**

assaulted a Federal law enforcement officer, that is a Special Agent of the Federal Bureau of Investigation, with intent to impede, intimidate, and interfere with him while engaged in the performance of his official duties, and with intent to retaliate against him on account of the

performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(1)(B)(i).

                                  Respectfully submitted,

                                  JOHN F. BASH
                                UNITED STATES ATTORNEY

By: _____
       IAN MARTINEZ HANNA
       Assistant U.S. Attorney
       Texas Bar #24057885
       700 E. San Antonio, Suite 200
       El Paso, Texas 79901
       (915) 534-6884



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL NO. ~~EP-18-CR-~~ |
| v. | § | (18-MJ-05256-LS) |
| | § | |
| PHILIP DANIEL MILLS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## WAIVER

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waived my right to prosecution by indictment and consent to prosecution by information.

_____        _____
Date                                                                       PHILIP DANIEL MILLS,
                                                                                        Defendant


                                                                                        _____
                                                                                        Bill Hicks
                                                                                        Attorney for Defendant


                                                                                        _____
                                                                                        UNITED STATES MAGISTRATE JUDGE