# United States District Court

## WESTERN DISTRICT OF TEXAS

FILED
2021 JAN 11 AM 10: 40
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**PHILIP DANIEL MILLS**

**CASE NUMBER: EP-18-MJ-05256LS(1)**

To: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **Philip Daniel Mills** _____
                                                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] Probation Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF PROBATION

in violation of Title ___18___ United States Code, Section(s)___3565_____

Jeannette J. Clack _____
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $_to be determined_____

Clerk, U.S. District Court _____
Title of Issuing Officer

November 12, 2020          El Paso, TX
Date and Location

by_ Jeannette J. Clack_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | Executed by _USMS_  On _January 4, 2021_  In _El Paso, Texas_ | |