# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  EP:18-M -05256(1) |
| | § | |
| (1) Philip Daniel Mills | § | |

## <u>ORDER REVOKING PROBATION</u>

On March 18, 2021, came on to be heard the Motion to Revoke Probation in the above-entitled case.  Defendant, **Philip Daniel Mills**, appeared with his attorney, Bill Hicks.  The Government was represented by Assistant U.S. Attorney Catherine Dos Santos.

On Janaury 28, 2021, after having the charges and his rights explained to him, the Defendant admitted allegation numbers 1, 2, 4 and 5. Allegation number 3 was abandoned by the government.

It is therefore ORDERED that the Amended Motion to Revoke Probation be, and it is hereby, **GRANTED**; that probation imposed by the judgment dated January 7, 2019, shall be, and it is hereby, **REVOKED**, and that Defendant **Philip Daniel Mills** is hereby sentenced to the custody of the Bureau of Prisons for imprisonment for a period of **6 months for both Counts 1 and 2, said terms of imprisonment to run concurrently. I also impose a sentence of 149 days on each count, to run concurrently, to account for official pretrial detention credit.  There will be no supervised release.**

It is further ORDERED that a certified copy of this Order and Commitment be delivered to the United States Marshal or other qualified officer and the copy serve as the commitment of Defendant.

**SIGNED** and **ENTERED** this 18th day of March, 2021.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE